1  Diane Aqui, SBN 217087
   daqui@smithdollar.com
2  SMITH DOLLAR PC
   Attorneys at Law
3  418 B Street, Fourth Floor
   Santa Rosa, California 95401
4  Telephone:  (707) 522-1100
   Facsimile:  (707) 522-1101
5
   Attorneys for Plaintiff
6  JOANNA SPALL

7  Michele J. Beilke (State Bar No. 194098)
   mbeilke@huntonAK.com
8  Karen Jennings Evans (State Bar No. 197046)
   kevans@huntonAK.com
9  HUNTON ANDREWS KURTH LLP
   550 South Hope Street, Suite 2000
10 Los Angeles, California 90071-2627
   Telephone:    213.532.2000
11 Facsimile:    213.532.2020

12 Attorney for Defendants
   STRYKER CORPORATION
13

14       UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

15

| JOANNA SPALL, an individual, | CASE NO.:  3:21-CV-04292-EMC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF RESOLUTION; [PROPOSED] ORDER RE: SAME |
| v. | |
| STRYKER CORPORATION; SCOTT COURTS and DOES 1-25, inclusive | Judge:    Judge Edward M. Chen |
| Defendants. | Settlement Conference Judge:  Magistrate Judge Jacqueline Scott Corley |
| | Complaint Filed:  January 19, 2021<br>Trial Date:          January 23, 2023 |

## STIPULATION

Plaintiff JOANNA SPALL and Defendant STRYKER CORPORATION, acting through their respective counsel of record, hereby stipulate as follows:

1. A case management conference currently is scheduled for this action on April 12, 2022.



1222006

- 1 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF RESOLUTION; [PROPOSED] ORDER RE: SAME

2. A resolution has been reached in this action. The parties are preparing the documentation for same and expect to file with the Court a stipulation of dismissal with prejudice within the next thirty (30) days.

3. Accordingly, the parties stipulate and respectfully suggest that the Court continue the case management conference to May 17, 2022, or such later date as convenient for the Court, by which time the case should be dismissed by stipulation.

**Local Rule 5-1(i)(3) attestation**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory (Karen Evans).

By: /s/ Diane Aqui

Dated:  April 5, 2022

SMITH DOLLAR PC

By   /s/ Diane Aqui
Diane Aqui
Attorney for JOANNA SPALL

Dated:  April 5, 2022

HUNTON ANDREWS KURTH LLP

By   /s/ Karen Evans
Michele J. Beilke
Karen Jennings Evans
Attorneys for STRYKER CORPORATION



# [PROPOSED] ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the case management conference currently scheduled for April 12, 2022, be and hereby is continued to May 17, 2022, at 2:30 p.m.., with case management statements due on May 10, 2022.

DATED: _____, 2022

_____
UNITED STATES JUDGE

