Diane Aqui, SBN 217087
daqui@smithdollar.com
SMITH DOLLAR PC
Attorneys at Law
418 B Street, Fourth Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

Attorneys for Plaintiff
JOANNA SPALL

Michele J. Beilke (State Bar No. 194098)
mbeilke@huntonAK.com
Karen Jennings Evans (State Bar No. 197046)
kevans@huntonAK.com
HUNTON ANDREWS KURTH LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:    213.532.2000
Facsimile:    213.532.2020

Attorney for Defendants
STRYKER CORPORATION

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA SPALL, an individual, | CASE NO.:  3:21-CV-04292-EMC |
| Plaintiff, | JOINT STIPULATION & [~~PROPOSED~~] ORDER FOR DISMISSAL |
| v. | |
| STRYKER CORPORATION; SCOTT COURTS and DOES 1-25, inclusive | Judge:    Judge Edward M. Chen |
| Defendants. | Settlement Conference Judge:  Magistrate Judge Jacqueline Scott Corley |
| | Complaint Filed:  January 19, 2021<br>Trial Date:        January 23, 2023 |

## STIPULATION

It is hereby stipulated and agreed that the above-entitled action filed by Plaintiff JOANNA

SPALL against Defendants STRYKER CORPORATION and SCOTT COURTS (together, the

"Parties") be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties are to bear their respective costs including attorneys' fees and/or other expenses arising

1   out of this litigation.

2         The respective attorneys, by their signatures below, represent and warrant that they have the

3   consent of their respective clients, have discussed this Joint Stipulation for Dismissal with them,

4   and have the authority to bind their respective clients.  Respectfully submitted

5                                      **Local Rule 5-1(i)(3) attestation**

6         Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this

7   document has been obtained from the other signatory (Karen Evans).

8                                          By: /s/ Diane Aqui

9

10  Dated:  May 9, 2022

11

12                         SMITH DOLLAR PC

13                           /s/ Diane Aqui

                 By_____

14                      Diane Aqui

                      Attorney for JOANNA SPALL

15  Dated:  May 9, 2022

16

17                       HUNTON ANDREWS KURTH LLP

18                        /s/ Karen Evans

19                 By_____

20                      Michele J. Beilke

                      Karen Jennings Evans

21                      Attorneys for STRYKER CORPORATION

22

23

24

25

26

27

28



## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice as to all parties and claims for relief pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED:  May 9 , 2022

_____
UNITED STATES JUDGE